# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN AMBROSINI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:24-cv-000425-JLT-CDB<br><br>(Hon. Jennifer L. Thurston, Courtroom 4)<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS (THE ADMINISTRATIVE RECORD)**<br><br>Complaint filed: April 9, 2024 |

Pursuant to the request by Defendant Unum Life Insurance Company of America, and for good cause appearing, the entire unredacted Administrative Record (AR) shall be sealed to prevent the disclosure of personal data identifiers and other private and protected information therein in accordance with Local Rule 141 and Fed. R. Civ. P. Rule 5.2(d). Because of the inordinate amount of time and resources that would be required to redact the personal information that appears extensively throughout the 2,000-page AR, there is no less restrictive means to protect the private information.

IT IS SO ORDERED.

Dated: __**July 9, 2025**__                     _____
                                                                    UNITED STATES DISTRICT JUDGE